1214

No. 95–8379. WEBER v. WOOD, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 95–8382. TRACY v. CHIEF OF THE NATIONAL GUARD BUREAU ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–8385. BROOKS v. WICHITA FALLS STATE HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 95–8393. MILLS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–8416. NAVE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–8421. JACKSON v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 95–8435. WORNUM v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–8468. COOPER v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 95–8505. ABBOTT v. OREGON. Ct. App. Ore. Certiorari denied.

No. 95–8528. SLATON v. MILLER, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL COMPLEX, PENDLETON, INDIANA. C. A. 7th Cir. Certiorari denied.

No. 95–8554. McCLELLAND v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8605. SANCHEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–8616. DELGADO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.